UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Cause No. 1:11CR42-JMS-DML-1 |
| TIMOTHY S. DURHAM, ) | |
| ) | |
| Defendant, ) | |

**ORDER**

This matter is before the Court on the motion of the United States of America requesting that monies held by the Federal Bureau of Investigation in the sum of $96.00 be paid directly to the Clerk of the Court and that the Clerk be directed to apply those monies to the outstanding criminal financial penalties imposed against the defendant in this cause.

Whereupon the Court, having considered the motion of the United States and being duly advised in the premises now finds that the motion [582] should be, and hereby is, GRANTED.

IT IS THEREFORE ORDERED that the Federal Bureau of Investigation shall convert the United States Currency ($96.00) into a check or money order made payable to the Clerk of the Court and deliver the Check to the Clerk of the Court, United States District Court, Southern District of Indiana, 46 E. Ohio Street, Indianapolis, Indiana 46204.

IT IS FURTHER ORDERED that the monies shall be applied to the outstanding balance of Durham's financial obligations under the Judgment in a Criminal Case entered in this cause.

IT IS SO ORDERED.

Date: 10/4/2017

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Copies to:

Debra G. Richards
Assistant United States Attorney
Office of the United States Attorney
10 W. Market, Suite 2100
Indianapolis, Indiana 46204-3048
debra.richards@usdoj.gov

Federal Bureau of Investigation
8825 Nelson B Klein Pkwy
Indianapolis, IN 46250

Timothy S. Durham
Register Number: 60452-112
McCreary USP
U.S. Penitentiary
P.O. Box 3000
Pine Knot, KY 42635

Fair Finance Company
c/o Keith E. Schaffer
815 East Market Street
Akron, OH 44305

Finance, Richard Krall